LEONARD v. ENGLAND

No. 417PA94

Case below: 337 N.C. 801
            115 N.C.App. 103

Motion by plaintiff to rescind grant of discretionary review as improvidently allowed denied 8 December 1994.

LOWERY v. FORD MOTOR CREDIT CO.

No. 494P94

Case below: 115 N.C.App. 729

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

McARDLE CORP. v. PATTERSON

No. 372A94

Case below: 115 N.C.App. 528

Motion by plaintiff to dismiss notice of appeal denied 8 December 1994.

McCORKLE v. AEROGLIDE CORP.

No. 477P94

Case below: 115 N.C.App. 651

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

METROPOLITAN LIFE INSURANCE CO. v. ROWELL

No. 336P94

Case below: 113 N.C.App. 779

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.